UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN


In re:                                                    Case No. 22-45840-mlo
Michael D. Fountain, Jr.,                                 Chapter 13
                                    Debtor.

_____/                                 Bankruptcy Judge Maria L. Oxholm


NOTICE OF APPEARANCE OF COUNSEL AND
REQUEST FOR SERVICE OF DOCUMENTS


PLASE TAKE NOTICE that the undersigned hereby files an appearance as counsel for Creditor,
GAP Property Management LLC, by its member George Pascaris, pursuant to Federal Rules of
Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. §§ 102(1) and 1109(b), requests
that copies of any and all notices, pleadings, motions, orders to show cause, applications,
presentments, petitions, memoranda, affidavits, declarations, orders, disclosures statement(s) and
plan(s) of reorganization, or other documents, filed or entered in this case be transmitted to the
following attorney at the address set forth below:

**PASCARIS LAW FIRM, PLLC**
Thomas Pascaris
Attorney for creditor
23629 Liberty Street Suite 104
Farmington, MI 48335
248-482-7288
tom@pascarislaw.com


                                    Respectfully submitted,


                                    PASCARIS LAW FIRM, PLLC


Dated: September 28, 2022            /s/ Thomas Pascaris
                                     Thomas Pascaris (P74617)
                                     Attorney for creditor
                                     23629 Liberty Street Suite 104
                                     Farmington, MI 48335
                                     248-482-7288
                                     tom@pascarislaw.com